UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KRISTOPHER BLAKE KATTER,<br>　　　　　Plaintiff,<br><br>-v-<br><br>NICOLE LOOMIS, *et al*,<br>　　　　　Defendants. | No. 1:22-cv-203<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court dismissed this lawsuit for lack of prosecution. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:　　December 15, 2022　　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　	　　　　　　　　　　　　　　　　　　　United States District Judge